■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DIRENZO, Appellant. [19 NYS3d 907]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered August 11, 2011, convicting him of bail jumping in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant raises a "mixed claim" of ineffective assistance of counsel (*People v Freeman*, 93 AD3d 805, 806 [2012]). Inasmuch as the on-the-record aspects of this claim alone do not establish that the defendant was deprived of his right to effective representation, the claim is appropriately raised and reviewed in its entirety on a motion to vacate the judgment pursuant to CPL 440.10 (*see People v Direnzo*, 134 AD3d 850 [2015] [decided herewith]). Balkin, J.P., Austin, Sgroi and LaSalle, JJ., concur.